In the Matter of the Claim of DEPARTMENT OF TAXATION AND FINANCE, Arising out of the Death of ANTHONY THOMAS, Respondent, against ESTATE OF KALLMAN COHEN et al., Appellants, and ANNE RICHARDS, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued December 2, 1948; decided January 6, 1949.

*Bernard Katzen, General Attorney (Victor Fiddler* and *George J. Hayes* of counsel), for State Insurance Fund and another, appellants.

*Nathaniel L. Goldstein, Attorney-General (Daniel Polansky* and *Roy Wiedersum* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.